UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
QIANYU CHEN,

Plaintiff,

v.

MERRICK B. GARLAND, et al.,

Defendants.
---------------------------------------------------------------X

JUDGMENT

25-cv-02097 (PKC)

An Order of the Honorable Pamela K. Chen, United States District Judge, having been filed on August 22, 2025, dismissing Plaintiff's case for failure to prosecute; it is

ORDERED and ADJUDGED that Plaintiff's case is dismissed for failure to prosecute.

Dated: Brooklyn, New York
August 22, 2025

Brenna B. Mahoney
Clerk of Court

By: *<u>/s/Jalitza Poveda</u>*
Deputy Clerk